# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:                                               Case No.: 3:10-bk-08137-JAF

MICHAEL W. COGDILL,                                  Chapter 7

    Debtor.
_____/

## NOTICE OF INTENT TO SELL
## PROPERTY OF THE ESTATE AT PRIVATE SALE

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
>
> Pursuant to Local Rule 2002-4, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and serve a copy on Jacob A. Brown, Esq., Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202; Doreen Abbott, Chapter 7 Trustee, P.O. Box 56257, Jacksonville, FL 32241-6257; and U.S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, FL 32801.
>
> If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

    PLEASE TAKE NOTICE that, pursuant to 11 U.S.C § 363(b), Federal Rule of Bankruptcy Procedure 6004, and M.D. FLA. L.B.R. 2002-4 and 6004-1, Doreen Abbott (the "Trustee") will sell at private sale the Estate's interest in the following described property:

> rental property located at 4850 A1A South, St. Augustine, Florida 32080 and more particularly described as Lot Number 139 which comprises part of the following described real property, with the overall property upon which the rental property is located upon and being described as: All of Government Lot 5 lying East of State Road A1A and except the North 600 feet thereof and that part assessed with Lot 10, Block 5, of Biera Mar. Said

{JA655860;2}

lands situate lying and being in Section 15, Township 8, Range 30, St. Johns County Florida for **$20,000.00**; St. Augustine Ocean Resort Co-Op, Inc., (one share) and more particularly described as Number 139 for **$2,500.00.**

The sale shall be to the Debtor for **$22,500.00**, payable as follows (1) $20,000.00 payable simultaneously with the execution of this Notice and (2) $2,500.00 payable on or before November 1, 2011.

The Trustee will entertain higher bids for the purchase of the property described above. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by Doreen Abbott, as Trustee, at the address listed below no later than the close of business on twenty-one (21) days from the date of mailing as indicated below. If more than one bid is received, a telephone auction will occur among the bidders on the earliest date the trustee can arrange such auction. The Estate reserves the right, without penalty, to withdraw this offer of sale at any time, and any funds, bids or deposits received by the Trustee prior to the expiration of the twenty-one-day objection period shall be held in trust pending completion of the sale. This sale shall not become final until after the expiration of the twenty-one-day objection period set forth above, and/or a favorable disposition of any objections to the sale filed as outlined above. The property is being sold subject to all liens and encumbrances of record, if any. The proceeds of the sale shall become property of the Estate and distributed according to the Bankruptcy Code. The Trustee has considered the tax consequences of the sale and believes that the sale is in the best interest of the estate and recommends it to the creditors. **The property is being sold "as is, where is" with no warranties of any kind, "express, implied, or otherwise." It is the buyers' responsibility to examine title or otherwise identify any encumbrances on the property not disclosed herein. To the extent that encumbrances not disclosed above exist, it is the buyers' responsibility to satisfy those encumbrances.**

Accepted and Agreed to:

/s/ Michael W. Cogdill
Michael W. Cogdill

/s/ Cynthia A. Cogdill
Cynthia A. Cogdill

Dated: October 7, 2011.

AKERMAN SENTERFITT

By:/s/ Jacob A. Brown
   Jacob A. Brown
   Florida Bar No.: 0170038
   Email: jacob.brown@akerman.com
   Katherine C. Fackler
   Florida Bar No. 068549
   Email: katherine.fackler@akerman.com
   50 North Laura Street, Suite 3100
   Jacksonville, FL 32202
   Telephone: (904) 798-3700
   Facsimile: (904) 798-3730

Attorneys for Doreen Abbott, Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished either by electronic notification or by United States Mail, postage prepaid and properly addressed, this 5th day of October, 2011, to:

Michael W. Cogdill
Cynthia A. Cogdill
7126 San Souci Road
Jacksonville, FL 32216

Shawn Arnold, Esq.
Arnold Law Firm, LLC
6279 Dupont Station Court
Jacksonville, FL 32217

{JA655860;2}

Doreen Abbott, Chapter 7 Trustee
P.O. Box 56257
Jacksonville, FL 32241-6257

United States Trustee – JAX7
135 W. Central Blvd., Suite 620
Orlando, FL 32801

and all parties on the attached mailing matrix.

                                                /s/ Jacob A. Brown
                                                Attorney

{JA655860;2}

```
Label Matrix for local noticing          BAC Home Loans Servicing, L.P. fka Countrywi    Jacob A. Brown
113A-3                                   Butler & Hosch PA                               Akerman Senterfitt
Case 3:10-bk-08137-JAF                   3185 South Conway Road                          50 North Laura St., Ste 2500
Middle District of Florida               Suite E                                         Jacksonville, FL 32202-3646
Jacksonville                             Orlando, FL 32812-7349
Wed Oct  5 09:44:32 EDT 2011

CITIMORTGAGE, INC                        Michael W Cogdill                               Florida Dept of Labor and Security
PO BOX 6941                              7126 San Souci Rd.                              Hartman Building, Suite 307
THE LAKES, NV 88901-6006                 Jacksonville, FL 32216-4532                     2012 Capital Circle, Southeast
                                                                                         Tallahassee, FL 32399-6583


Florida Dept of Revenue                  IRS                                             Duval County Tax Collector Mike Hogan
P.O. Box 6668                            Centralized Insolvency Operations               c/o Steven E. Rohan
Tallahassee, FL 32314-6668               P.O. Box 7346                                   117 West Duval Street, #480
                                         Philadelphia, PA 19101-7346                     Jacksonville, FL 32202-5721


American Enterprise Bank                 Bank of America Home Loans                      (p)CITIMORTGAGE
10611 Deerwood Pk Blvd.                  PO Box 5170                                     5280 CORPORATE DRIVE
Jacksonville, FL 32256-0509              Simi Valley, CA 93062-5170                      BANKRUPTCY DEPARTMENT
                                                                                         ATTENTION MC0023
                                                                                         FREDERICK MD
                                                                                         21703-8351

Cynthia A  Cogdill                       FIA CARD SERVICES, N.A.                         FIA Card Services
7126 San Souci Road                      PO Box 15102                                    PO Box 851001
Jacksonville, FL 32216-4532              Wilmington, DE 19886-5102                       Dallas, TX 75285-1001


Florida Dept. of Revenue                 Ford Motor Credit Co.                           Juan Salinas
Bankruptcy Unit                          PO Box 6508                                     3905 Eve Dr. East
P.O. Box 6668                            Mesa, AZ 85216-6508                             Jacksonville, FL 32246-6407
Tallahassee, FL 32314-6668


MIKE HOGAN, TAX COLLECTOR                Mimar Precision Cutting                         Northstar Location Svcs.
C/O STEVEN E. ROHAN                      2384 Vans Ave.                                  4285 Genesee Street
DEPUTY GENERAL COUNSEL                   Suite 2                                         Cheektowaga, NY 14225-1943
117 WEST DUVAL STREET, #480              Jacksonville, FL 32207-6769
JACKSONVILLE, FL 32202-3734


Primary Financial Services               Sheffield Financial                             Sheffield Financial / BB&T
3115 North 3rd Ave.                      PO Box 580229                                   Bankruptcy Section
Suite 112                                Charlotte, NC 28258-0229                        PO Box 1847
Phoenix, AZ 85013-4359                                                                   Wilson NC 27894-1847


United States Attorney                   United States Trustee                           Wells Fargo
300 North Hogan Street, Room 700         135 W Central Blvd, Suite 620                   PO Box 348750
Jacksonville FL 32202-4204               Orlando, FL 32801-2440                          Sacramento, CA 95834-8750


Wells Fargo Bank                         Wells Fargo Bank, N.A.                          Doreen Abbott +
18700 NW Walker Rd                       PO Box 96074                                    P.O. Box 56257
Beaverton, OR 97006-2950                 Charlotte, NC 28296-0074                        Jacksonville, FL 32241-6257
```

| Jacob A Brown + | United States Trustee - JAX 7 + | Shawn Arnold + |
| Akerman Senterfitt | 135 W Central Blvd Suite 620 | Arnold Law Firm |
| 50 North Laura Street | Orlando, FL 32801-2440 | 6279 Dupont Station Court |
| Suite 3100 | | Jacksonville, FL 32217-2567 |
| Jacksonville, FL 32202-3659 | | |
| | | |
| Thomasina F Moore + | Steven E Rohan + | |
| Butler and Hosch, PA | City of Jacksonville | |
| 3185 South Conway Road, Suite E | 117 West Duval Street | |
| Orlando, FL 32812-7349 | Jacksonville, FL 32202-3700 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CitiMortgage
5280 Corporate Dr.
MC 0251
Frederick, MD 21703

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Jerry A. Funk
Jacksonville

End of Label Matrix
Mailable recipients    34
Bypassed recipients     1
Total                  35